# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5387**  **September Term, 2007**

07cv01711

**Filed On:**

Nathaniel Beane,
      Appellant

v.

United States Parole Commission, et al.,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 2 5 2008

CLERK

### ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: Ken Meadows, Jr.
Deputy Clerk