FILED

APR 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nathaniel Beane,                        )
                                        )
        Petitioner,                     )
                                        )
    v.                                  )   Civil Action No. 07-1711
                                        )
United States Parole Commission *et al.*, )
                                        )
        Respondents.                    )

### ORDER

This matter is before the Court on Order from the United States Court of Appeals for the District of Columbia Circuit, holding the appeal in abeyance pending resolution of whether a certificate of appealability is warranted. App. No. 07-5387, Order (Feb. 25, 2008). For the reasons stated in the memorandum opinion supporting the order from which petitioner appeals, the Court finds that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court therefore finds no basis for issuing a certificate of appealability. The Clerk is directed to transmit this order promptly to the appellate court.

SO ORDERED.

_____
United States District Judge

April  11 , 2008

